# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| THOMAS HOUSTON, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:18-cv-35 |
| v. | * | |
| WARDEN DEAL; and CO II HADDEN, | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 31. Plaintiff did not file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's claims against Defendant Hadden. Plaintiff's claims against Defendant Deal remain pending.

**SO ORDERED**, this 14 day of February, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA