AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia



FILED
John E. Triplett, Acting Clerk
United States District Court

By *casbell* at 2:07 pm, Sep 03, 2020

THOMAS HOUSTON,

Plaintiff,

v.

WARDEN DEAL,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV518-35

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered 9/2/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, Defendant's unopposed Motion for Summary Judgment is GRANTED, Plaintiff's Complaint is DISMISSED, and Plaintiff is DENIED in forma puaperis status on appeal. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date September 3, 2020

John E. Triplett, Acting Clerk
Clerk

*Candy Asbell*
(By) Deputy Clerk

GAS Rev 10/1/03